O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARGELIO SUASTEGUI LOZANO, ) | CASE NO. CV 07-08092 JSL (RZ) |
| ) Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ) | |
| LINDA SANDERS, WARDEN, ) | |
| ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of ARGELIO SUASTEGUI LOZANO for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice for failure to prosecute.

DATED: JAN 26, 2010

*Spencer Letts*

J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE